No. 04–5895. PEOPLES v. SMITH, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–5929. PERKINS v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5953. BLACKWELL v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 04–5955. ROTH v. HOFFER. Sup. Ct. N. D. Certiorari denied.

No. 04–5956. RODRIGUEZ v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 04–5963. ASH v. ASH, CONSERVATOR/GUARDIAN OF ASH, DECEASED. Ct. App. Ore. Certiorari denied.

No. 04–5965. DENNIS v. OHIO. Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 04–5969. McGOWAN v. GREER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–5970. LOVELACE v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 04–5986. STALLONE v. GIRDICH, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6016. DAVIS v. McKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–6017. MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6022. GODWIN v. PEGUESE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–6026. WRIGHT v. WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6032. JACKSON v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.